**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  PAUL E. JAKABOSKI & CONNIE L. JAKABOSKI           Case Number: 04-75656
357 ELDER LANE                             SSN-xxx-xx-7114 & xxx-xx-1983
BELVIDERE, IL  61008

Case filed on:     11/12/2004
Plan Confirmed on:   2/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $29,771.72         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PAUL E. JAKABOSKI | 0.00 | 0.00 | 316.72 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 316.72 | 0.00 |
| 001 | AMCORE BANK NA | 6,927.36 | 5,500.00 | 5,500.00 | 535.76 |
| 003 | OXFORD BANK | 5,598.00 | 5,598.00 | 5,598.00 | 1,250.08 |
| 004 | US BANK/ELAN RETAIL PMT SOLUTIONS | 4,506.43 | 4,506.43 | 4,506.43 | 438.97 |
| 020 | FOUR SEASONS MOBILE HOME PARK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,031.79 | 15,604.43 | 15,604.43 | 2,224.81 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | US BANK/ELAN RETAIL PMT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALDEN ALMA NELSON SUBACUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SHERMAN ACQUISITION DBA | 8,157.52 | 8,157.52 | 2,370.91 | 0.00 |
| 008 | BELVIDERE FAMILY DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 654.64 | 654.64 | 190.27 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 10,098.61 | 10,098.61 | 2,935.06 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 837.20 | 837.20 | 243.32 | 0.00 |
| 013 | NATIONAL CITY BANK | 494.79 | 494.79 | 143.81 | 0.00 |
| 014 | NATIONAL CITY CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 784.04 | 784.04 | 227.87 | 0.00 |
| 016 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | STATE FARM BANK SPECIALIZED COLLECTIONS | 2,150.55 | 2,150.55 | 625.04 | 0.00 |
| 019 | US BANK/ELAN RETAIL PMT SOLUTIONS | 1,207.05 | 1,207.05 | 350.81 | 0.00 |
|  | Total Unsecured | 24,384.40 | 24,384.40 | 7,087.09 | 0.00 |
|  | Grand Total: | 44,016.19 | 42,588.83 | 25,608.24 | 2,224.81 |

Total Paid Claimant:     $27,833.05
Trustee Allowance:       $1,938.67          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     29.06           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan